**NO. 24-2245 – LEAD**
**(NO. 24-2318 – MEMBER)**
**(NO. 24-2771 – MEMBER)**

---

**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

---

**JOHN DOE,**
  **Plaintiff-Appellant,**


  **v.**


**UNIVERSITY OF SOUTHERN INDIANA,** *et al.,*
  **Defendants-Appellees.**

---

**Appeal from the United States District Court**
**For the Southern District of Indiana**
**Case No. 3:21-cv-00144-TWP-CSW**
**The Honorable Tanya Walton Pratt**

---

**APPELLANT'S NOTICE TO CONTINUE APPEALS**

---

Robert L. Burkart #16664-82
Matthew S. Koressel #35276-49
ZIEMER, STAYMAN, WEITZEL & SHOULDERS LLP
20 N.W. First Street, 9th Floor
P.O. Box 916
Evansville, Indiana 47706-0916
T: (812) 424-7575
Email:  rburkart@zsws.com
          mkoressel@zsws.com

Attorneys for Appellant

1

In response to the Court's order of April 13, 2026, as to his pseudonymity, Appellant advises the Court that he will continue to advance his appeals with public disclosure of his name in these proceedings.

Respectfully submitted,

ZIEMER, STAYMAN, WEITZEL & SHOULDERS, LLP

By: */s/ Robert L. Burkart*
    Robert L. Burkart #16664-82
    Matthew S. Koressel #35276-49
    20 N.W. First Street, 9th Floor
    P.O. Box 916
    Evansville, Indiana 47706-0916
    T: (812) 424-7575
    Email: rburkart@zsws.com; mkoressel@zsws.com

Attorneys for Appellant

## CERTIFICATE OF SERVICE

I certify that on April 14, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Robert L. Burkart*
Robert L. Burkart